1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO JIMENEZ,<br><br>        Plaintiff,<br>  v.<br><br>METROCITIES MORTGAGE LLC, ET AL.,<br><br>        Defendants. | Case No.: C 11-00951 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On March 1, 2011, Defendant Metrocities Mortgage LLC doing business as No Red Tape Mortgage moved to dismiss. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than May 9, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

1  www.cand.uscourts.gov.

2  Dated: April 29, 2011

3  _____
   PAUL S. GREWAL
   United States Magistrate Judge

1  A copy of this order was mailed to:

2  Don Tirado
   484 West Portola Avenue
3  Los Altos, CA 94022

4

5                                          _____EHP_____
                                           Chambers of U.S. Magistrate Judge
6                                          Paul S. Grewal

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 3*