IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO JIMENEZ, | CASE NO. 5:11-cv-00951 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| METROCITIES MORTGAGE LLC, et. al., | |
| Defendant(s). | |

On January 4, 2012, this court issued an order dismissing Plaintiff's Complaint with leave to amend. See Docket Item No. 36. The court provided Plaintiff thirty (30) days from the date of the order to file an amended complaint. To date, Plaintiff has not filed an amended complaint as directed.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, by February 21, 2012, demonstrate good cause in writing why this case should not be dismissed, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated: February 7, 2012

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:11-cv-00951 EJD
ORDER TO SHOW CAUSE

1