**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTONIO JIMENEZ, | CASE NO. 5:11-cv-00951 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| METROCITIES MORTGAGE LLC, et. al., | |
| Defendant(s). | |

On February 7, 2012, the Court ordered Plaintiff to show cause in writing by February 21, 2012, why this case should not be dismissed for lack of prosecution after Plaintiff failed to amend the complaint. See Docket Item No. 25. The Court admonished Plaintiff that the Court would dismiss this action with prejudice should they fail to respond or otherwise fail to show good cause.

As of this date, Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February 22, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:11-cv-00951 EJD
ORDER DISMISSING CASE WITH PREJUDICE